Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 25−21924−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kelly A. Wharton
   606 E. Howell Street
   Trenton, NJ 08610

Social Security No.:
   xxx−xx−4710

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:             1/7/26
Time:             10:00 AM
Location:         Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

   An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

   **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: November 10, 2025
JAN: pbf

                              Jeanne Naughton
                              Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                                      Case No. 25-21924-CMG
Kelly A. Wharton                                                                            Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                       User: admin                       Page 1 of 3
Date Rcvd: Nov 10, 2025                Form ID: 132                  Total Noticed: 43

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kelly A. Wharton, 606 E. Howell Street, Trenton, NJ 08610-5845 |
| 520876797 | + | Citibank/Citibank NA, Attn: Bankruptcy, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
| 520876803 | + | Exploria/summer Bay, Attn: Bankruptcy Department, 8781 Sierra College Blvd, Roseville, CA 95661-5920 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 10 2025 21:12:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 10 2025 21:12:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520876782 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Nov 10 2025 21:22:20 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520876784 | + | Email/Text: ebnbankruptcy@ahm.honda.com | Nov 10 2025 21:12:00 | American Honda Finance, American Honda Finance Corporation, Attn, Po Box 168128, Irving, TX 75016-8128 |
| 520876783 | + | Email/Text: ebnbankruptcy@ahm.honda.com | Nov 10 2025 21:12:00 | American Honda Finance, P.O. Box 168128, Irving, TX 75016-8128 |
| 520876786 | | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 10 2025 21:10:00 | Bank of America, Attn: Bankruptcy, P.O.Box 15019, Wilmington, DE 19886 |
| 520876785 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Nov 10 2025 21:11:00 | Bank Of America, Attn: Bankruptcy, 100 North Tryon St, Charlotte, NC 28255-0001 |
| 520876787 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Nov 10 2025 21:11:00 | Bank of America, N.A, Attn: Bankruptcy, 100 North Tryon Street, Charlotte, NC 28255-0001 |
| 520876788 | + | Email/Text: BarclaysBankDelaware@tsico.com | Nov 10 2025 21:11:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 520876793 | | Email/Text: correspondence@credit-control.com | Nov 10 2025 21:11:00 | Central Loan Admin & R, Po Box 77404, Ewing, NJ 08628 |
| 520876789 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 10 2025 21:47:52 | Cap One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 520876790 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 10 2025 21:48:15 | Cap1/kohls Dept Store, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 520876791 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 10 2025 21:34:42 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520876792 | ^ | MEBN | Nov 10 2025 21:11:44 | Cbna, Attn: Bankruptcy, one Tallman Road, Canton, NY 13617-3604 |
| 520876794 | + | Email/PDF: ais.chase.ebn@aisinfo.com | | |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 10, 2025 | Form ID: 132 | Total Noticed: 43 |

| Recipient # | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Nov 10 2025 21:22:29 | Chase Card Services, Attn: Bankruptcy, Po Box 15299, Wilmington, DE 19850-5299 |
| 520876795 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 10 2025 21:33:39 | Citi Card/Best Buy, Attn: Citicorp Cr Srvs Centralized Bankr, Po Box 790040, St Louis, MO 63179-0040 |
| 520876796 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 10 2025 21:34:42 | Citibank, Attn: Bankruptcy Department, P.O.Box 790046, St. Louis, MO 63179-0046 |
| 520876797 | ^ | MEBN | Nov 10 2025 21:09:55 | Citibank/Citibank NA, Attn: Bankruptcy, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
| 520876798 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 10 2025 21:10:00 | Citizensbk, Attn: Bankruptcy, One Citizens Dr., Providence, RI 02903-1344 |
| 520876799 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 10 2025 21:12:00 | Comenity Capital Bank/bjsclb, Comenity Capital Bank, Bankruptcy Depart, Po Box 182125, Columbus, OH 43218-2125 |
| 520876800 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 10 2025 21:12:00 | Comenity/MPRC, Attn: Bankruptcy, Po Box 182273, Columbus, OH 43218-2273 |
| 520876801 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 10 2025 21:12:00 | Comenitybank/New York, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 520876802 | | Email/Text: mrdiscen@discover.com | Nov 10 2025 21:10:00 | Discover Financial, Attn: Bankruptcy, Po Box 30943, Salt Lake City, UT 84130 |
| 520876809 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 10 2025 21:34:28 | Macy's/ DSNB, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 520876804 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 10 2025 21:11:00 | Gm Financial, Attn: Bankruptcy, 801 Cherry Street, Ste. 3500, Fort Worth, TX 76102-6854 |
| 520876805 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Nov 10 2025 21:11:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 520876806 | + | Email/Text: camanagement@mtb.com | Nov 10 2025 21:12:00 | Lakeview, c/o M & T Bank, P.O. Box 62182, Baltimore, MD 21264-2182 |
| 520876807 | + | Email/Text: Documentfiling@lciinc.com | Nov 10 2025 21:10:00 | Lending Club, Attn: Bankruptcy, 595 Market Street, Suite 200, San Francisco, CA 94105-5839 |
| 520876808 | | Email/Text: camanagement@mtb.com | Nov 10 2025 21:12:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 520876810 | | Email/Text: EBN@Mohela.com | Nov 10 2025 21:11:00 | Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005 |
| 520876811 | | Email/Text: EBN@Mohela.com | Nov 10 2025 21:11:00 | Mohela/dofed, 633 Spirit Drive, Chesterfield, MO 63005 |
| 520876812 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 10 2025 21:22:29 | Syncb/Old Navy, Attn: Bankruptcy, Po Box 96506, Orlando, FL 32896-0001 |
| 520876813 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 10 2025 21:21:01 | Syncb/Venmo, Attn: Bankruptcy, P.O. Box 965065, Orlando, FL 32896-5065 |
| 520876814 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 10 2025 21:21:42 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520876815 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 10 2025 21:34:30 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520876816 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 10 2025 21:21:43 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520876817 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 10 2025 21:33:55 | Synchrony/American Eagle, Sttn: Bankruptcy, Po Box 965065, Orlando, FL 32896-5065 |
| 520876818 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 10 2025 21:33:13 | Synchrony/Ashley Furniture Homestore, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520876819 | + | Email/Text: bncmail@w-legal.com | | |

Case 25-21924-CMG   Doc 6   Filed 11/12/25   Entered 11/13/25 00:21:55   Desc Imaged
Certificate of Notice   Page 4 of 4

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 10, 2025 | Form ID: 132 | Total Noticed: 43 |

| | | | Nov 10 2025 21:11:00 | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
|---|---|---|---|---|
| 520876820 | ^ | MEBN | | |
| | | | Nov 10 2025 21:11:27 | Toyota Financial Services, Attn: Bankruptcy, Po Box 22171, Tempe, AZ 85285-2171 |
| 520876821 | + | Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | | |
| | | | Nov 10 2025 21:22:34 | Wells Fargo Bank NA, Attn: Bankruptcy, P.O.Box 393, Minneapolis, MN 55480-0393 |

TOTAL: 41

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2025    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Candyce Ilene Smith-Sklar | on behalf of Debtor Kelly A. Wharton njpalaw@gmail.com  r56958@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 3