| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Kelly A. Wharton<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–4710<br>EIN: _ _–_ _ _ _ _ _ _ | |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: _ _ _ _<br>EIN: _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court: | District of New Jersey | Date case filed for chapter: | 13   11/9/25 |
| Case number: | 25–21924–CMG | | |

## Official Form 309I
## Notice of Chapter 13 Bankruptcy Case                                        10/20

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Kelly A. Wharton | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 606 E. Howell Street<br>Trenton, NJ 08610 | |
| 4. | **Debtor's attorney**<br>Name and address | Candyce Ilene Smith–Sklar<br>Law Offices of Sklar Smith–Sklar<br>1901 North Olden Avenue<br>Ewing Prosfessional Park<br>Suite 22<br>Ewing, NJ 08618 | Contact phone (609) 882–9800<br><br>Email: njpalaw@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650–4853 | Contact phone (609) 587–6888<br>www.russotrustee.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov.<br>(800) 676–6856 | 402 East State Street<br>Trenton, NJ 08608<br>Additional information may be available at the Court's Web Site:<br>www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays)<br>Contact phone 609–858–9333<br>Date: 11/10/25 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>**Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend.**<br>**Creditors may attend, but are not required to do so.**<br>All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **December 11, 2025 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 807 540 1358, Click on JOIN using passcode 8954134040, or call 1–609–766–9830**<br><br>For additional meeting information go to https://www.justice.gov/ust/moc |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 2/9/26** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 1/20/26** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 180 days from date of order for relief.**<br>**11 U.S.C. § 502(b)(9)** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form ("Official Form 410") may be obtained at  www.uscourts.gov or any bankruptcy clerk's office. You may also contact the Clerk's Office where this case is pending to request that a Proof of Claim form be mailed to you. The Clerk's Office telephone number is included on the front of this Notice. Also, Claims can be filed electronically through the court's website at: http://www.njb.uscourts.gov under File An Electronic Claim.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan and notice of confirmation hearing will be sent separately. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline.<br>**WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | |

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 25-21924-CMG
Kelly A. Wharton  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 3
Date Rcvd: Nov 10, 2025    Form ID: 309I    Total Noticed: 45

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kelly A. Wharton, 606 E. Howell Street, Trenton, NJ 08610-5845 |
| 520876797 | + | Citibank/Citibank NA, Attn: Bankruptcy, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
| 520876803 | + | Exploria/summer Bay, Attn: Bankruptcy Department, 8781 Sierra College Blvd, Roseville, CA 95661-5920 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: njpalaw@gmail.com | Nov 10 2025 21:10:00 | Candyce Ilene Smith-Sklar, Law Offices of Sklar Smith-Sklar, 1901 North Olden Avenue, Ewing Prosfessional Park, Suite 22, Ewing, NJ 08618 |
| tr | | Email/Text: bnc@russotrustee.com | Nov 10 2025 21:13:00 | Albert Russo, Standing Chapter 13 Trustee, CN 4853, Trenton, NJ 08650-4853 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 10 2025 21:12:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 10 2025 21:12:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520876782 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Nov 10 2025 21:22:41 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520876784 | + | Email/Text: ebnbankruptcy@ahm.honda.com | Nov 10 2025 21:12:00 | American Honda Finance, American Honda Finance Corporation, Attn, Po Box 168128, Irving, TX 75016-8128 |
| 520876783 | + | Email/Text: ebnbankruptcy@ahm.honda.com | Nov 10 2025 21:12:00 | American Honda Finance, P.O. Box 168128, Irving, TX 75016-8128 |
| 520876786 | | EDI: BANKAMER | Nov 11 2025 01:50:00 | Bank of America, Attn: Bankruptcy, P.O.Box 15019, Wilmington, DE 19886 |
| 520876785 | + | EDI: BANKAMER2 | Nov 11 2025 01:50:00 | Bank Of America, Attn: Bankruptcy, 100 North Tryon St, Charlotte, NC 28255-0001 |
| 520876787 | + | EDI: BANKAMER2 | Nov 11 2025 01:50:00 | Bank of America, N.A, Attn: Bankruptcy, 100 North Tryon Street, Charlotte, NC 28255-0001 |
| 520876788 | + | EDI: TSYS2 | Nov 11 2025 01:50:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 520876793 | | Email/Text: correspondence@credit-control.com | Nov 10 2025 21:11:00 | Central Loan Admin & R, Po Box 77404, Ewing, NJ 08628 |
| 520876789 | + | EDI: CAPITALONE.COM | Nov 11 2025 01:50:00 | Cap One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 520876790 | + | EDI: CAPITALONE.COM | Nov 11 2025 01:50:00 | Cap1/kohls Dept Store, Po Box 31293, Salt Lake City, UT 84131-0293 |

Case 25-21924-CMG    Doc 8    Filed 11/12/25    Entered 11/13/25 00:21:55    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: Nov 10, 2025 | Form ID: 309I | Total Noticed: 45 |

| | | | |
| --- | --- | --- | --- |
| 520876791 | + EDI: CAPITALONE.COM | Nov 11 2025 01:50:00 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520876792 | ^ MEBN | Nov 10 2025 21:11:44 | Cbna, Attn: Bankruptcy, one Tallman Road, Canton, NY 13617-3604 |
| 520876794 | + EDI: JPMORGANCHASE | Nov 11 2025 01:50:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15299, Wilmington, DE 19850-5299 |
| 520876795 | + EDI: CITICORP | Nov 11 2025 01:50:00 | Citi Card/Best Buy, Attn: Citicorp Cr Srvs Centralized Bankr, Po Box 790040, St Louis, MO 63179-0040 |
| 520876796 | + EDI: CITICORP | Nov 11 2025 01:50:00 | Citibank, Attn: Bankruptcy Department, P.O.Box 790046, St. Louis, MO 63179-0046 |
| 520876797 | ^ MEBN | Nov 10 2025 21:09:55 | Citibank/Citibank NA, Attn: Bankruptcy, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
| 520876798 | + Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 10 2025 21:10:00 | Citizensbk, Attn: Bankruptcy, One Citizens Dr., Providence, RI 02903-1344 |
| 520876799 | + EDI: WFNNB.COM | Nov 11 2025 01:50:00 | Comenity Capital Bank/bjsclb, Comenity Capital Bank, Bankruptcy Depart, Po Box 182125, Columbus, OH 43218-2125 |
| 520876800 | + EDI: WFNNB.COM | Nov 11 2025 01:50:00 | Comenity/MPRC, Attn: Bankruptcy, Po Box 182273, Columbus, OH 43218-2273 |
| 520876801 | + EDI: WFNNB.COM | Nov 11 2025 01:50:00 | Comenitybank/New York, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 520876802 | EDI: DISCOVER | Nov 11 2025 01:50:00 | Discover Financial, Attn: Bankruptcy, Po Box 30943, Salt Lake City, UT 84130 |
| 520876809 | EDI: CITICORP | Nov 11 2025 01:50:00 | Macy's/ DSNB, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 520876804 | + EDI: PHINAMERI.COM | Nov 11 2025 01:50:00 | Gm Financial, Attn: Bankruptcy, 801 Cherry Street, Ste. 3500, Fort Worth, TX 76102-6854 |
| 520876805 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Nov 10 2025 21:11:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 520876806 | + Email/Text: camanagement@mtb.com | Nov 10 2025 21:12:00 | Lakeview, c/o M & T Bank, P.O. Box 62182, Baltimore, MD 21264-2182 |
| 520876807 | + EDI: LENDNGCLUB | Nov 11 2025 01:50:00 | Lending Club, Attn: Bankruptcy, 595 Market Street, Suite 200, San Francisco, CA 94105-5839 |
| 520876808 | Email/Text: camanagement@mtb.com | Nov 10 2025 21:12:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 520876810 | Email/Text: EBN@Mohela.com | Nov 10 2025 21:11:00 | Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005 |
| 520876811 | Email/Text: EBN@Mohela.com | Nov 10 2025 21:11:00 | Mohela/dofed, 633 Spirit Drive, Chesterfield, MO 63005 |
| 520876812 | + EDI: SYNC | Nov 11 2025 01:50:00 | Syncb/Old Navy, Attn: Bankruptcy, Po Box 96506, Orlando, FL 32896-0001 |
| 520876813 | + EDI: SYNC | Nov 11 2025 01:50:00 | Syncb/Venmo, Attn: Bankruptcy, P.O. Box 965065, Orlando, FL 32896-5065 |
| 520876814 | + EDI: SYNC | Nov 11 2025 01:50:00 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520876815 | + EDI: SYNC | Nov 11 2025 01:50:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520876816 | + EDI: SYNC | Nov 11 2025 01:50:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520876817 | + EDI: SYNC | | |

Case 25-21924-CMG    Doc 8    Filed 11/12/25    Entered 11/13/25 00:21:55    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 10, 2025 | Form ID: 309I | Total Noticed: 45 |

| | | | | |
|---|---|---|---|---|
| 520876818 | + | EDI: SYNC | Nov 11 2025 01:50:00 | Synchrony/American Eagle, Sttn: Bankruptcy, Po Box 965065, Orlando, FL 32896-5065 |
| 520876819 | + | EDI: WTRRNBANK.COM | Nov 11 2025 01:50:00 | Synchrony/Ashley Furniture Homestore, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520876820 | ^ | MEBN | Nov 11 2025 01:50:00 | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 520876821 | + | EDI: WFFC2 | Nov 10 2025 21:11:28 | Toyota Financial Services, Attn: Bankruptcy, Po Box 22171, Tempe, AZ 85285-2171 |
| | | | Nov 11 2025 01:50:00 | Wells Fargo Bank NA, Attn: Bankruptcy, P.O.Box 393, Minneapolis, MN 55480-0393 |

TOTAL: 43

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2025         Signature:    /s/Gustava Winters