IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY (TRENTON)

IN RE:                                                                          CHAPTER 13

KELLY A. WHARTON

                                                CASE No. 25-21924-CMG

DEBTOR(S).
_____/

**NOTICE OF APPEARANCE**

Ted May of Tromberg, Miller, Morris & Partners, PLLC files this appearance as attorney for BANK OF AMERICA, N.A. in connection with 606 E HOWELL ST, HAMILTON, NJ 08610, loan number XXXXXX7700, in the above-captioned proceeding, requests that all matters which must be noticed to creditors, any creditor's committees, and any other parties-in interest pursuant to Fed. R. Bankr. P. 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to Fed.R. Bankr. P 2002(g), request that the following be added to the Court's master mailing list.

                                                      **Tromberg, Miller, Morris & Partners, PLLC**

                                  **BY:** /s/ Ted May
                                        Attorney for Secured Creditor
                                        39 Broadway, Suite 1840
                                        New York, NY 10006
                                        Telephone #: (800) 280-6205
                                        Fax #: 561-338-4077
                                        005311997
                                        ecf@tmppllc.com
                                        tmay@tmppllc.com

Our Case #: 25-002991/25-21924-CMG/BOA

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 13, 2025, I electronically filed the foregoing with the Clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants listed below:

Candyce Ilene Smith-Sklar
1901 North Olden Avenue
Ewing Prosfessional Park Suite 22
Ewing, NJ 08618
njpalaw@gmail.com

U.S. Trustee
One Newark Center Ste 2100
Newark, NJ 07102

Albert Russo
CN 4853
Trenton, NJ 08650

and on November 13, 2025, a true and correct copy was mailed to the non-CM/ECF participants listed below:

Kelly A. Wharton
606 E HOWELL ST
HAMILTON, NJ 08610

**Tromberg, Miller, Morris & Partners, PLLC**

**BY:** /s/ Ted May
Attorney for Secured Creditor
39 Broadway, Suite 1840
New York, NY 10006
Telephone #: (800) 280-6205
Fax #: 561-338-4077
005311997
ecf@tmpllc.com
tmay@tmpllc.com