Office Mailing Address:
Albert Russo, Trustee
Standing Chapter 13 Trustee
PO Box 4853
Trenton, NJ 08650-4853

Send Payments **ONLY** to:
Albert Russo, Trustee
PO Box 933
Memphis, TN 38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2025 to 02/19/2026

**Chapter 13 Case No. 25-21924 / CMG**

Kelly A. Wharton

Petition Filed Date: 11/09/2025
341 Hearing Date: 12/11/2025
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/06/2026 | $369.00 | 6366806628 | 01/09/2026 | $360.00 | | | | |

**Total Receipts for the Period: $729.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $729.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Kelly A. Wharton | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Candyce I. Smith-Sklar, Esq. | Attorney Fees<br>Hold Funds: Reserve | $2,500.00 | $0.00 | $2,500.00 |
| 1 | AMERICAN HONDA FINANCE CORPORATION<br>»» 2025 HONDA PILOT SPORT/LEASE | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 2 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $5,337.74 | $0.00 | $0.00 |
| 3 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $2,715.47 | $0.00 | $0.00 |
| 4 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $610.11 | $0.00 | $0.00 |
| 5 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»» VENMO | Unsecured Creditors | $2,470.70 | $0.00 | $0.00 |
| 6 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»» CARECREDIT | Unsecured Creditors | $4,959.05 | $0.00 | $0.00 |
| 7 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»» AMAZON STORE CARD | Unsecured Creditors | $5,181.58 | $0.00 | $0.00 |
| 8 | US DEPT OF EDUCATION/MOHELA | Unsecured Creditors | $9,523.71 | $0.00 | $0.00 |
| 9 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»» MASTERCARD WORLD ELITE | Unsecured Creditors | $2,421.64 | $0.00 | $0.00 |
| 10 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»» VISA PLATINUM | Unsecured Creditors | $3,215.78 | $0.00 | $0.00 |
| 11 | BANK OF AMERICA | Unsecured Creditors | $2,911.56 | $0.00 | $0.00 |
| 12 | BANK OF AMERICA | Unsecured Creditors | $2,884.39 | $0.00 | $0.00 |
| 13 | BANK OF AMERICA | Unsecured Creditors | $2,338.04 | $0.00 | $0.00 |
| 14 | TD BANK USA, NA | Unsecured Creditors | $1,463.45 | $0.00 | $0.00 |
| 15 | CITIBANK, NA<br>»» MACY'S CREDIT CARD | Unsecured Creditors | $2,930.84 | $0.00 | $0.00 |
| 16 | CITIBANK, NA<br>»» CITI STRATA | Unsecured Creditors | $2,125.29 | $0.00 | $0.00 |

**Chapter 13 Case No. 25-21924 / CMG**

| | | | | | |
|---|---|---|---|---|---|
| 17 | CITIBANK, NA<br>»» WAYFAIR CREDIT CARD | Unsecured Creditors | $1,077.25 | $0.00 | $0.00 |
| 18 | CITIBANK, NA<br>»» MY BEST BUY VISA PLATINUM | Unsecured Creditors | $1,720.23 | $0.00 | $0.00 |
| 19 | Lakeview Loan Servicing, LLC<br>»» 606 E HOWELL ST/1ST MTG/ORDER 2/2/26 | Mortgage Arrears | $4,419.89 | $0.00 | $0.00 |
| 20 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $3,954.27 | $0.00 | $0.00 |
| 21 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $4,292.02 | $0.00 | $0.00 |
| 22 | PORTFOLIO RECOVERY ASSOCIATES<br>»» BARCLAYS/JET BLUE | Unsecured Creditors | $968.30 | $0.00 | $0.00 |
| 23 | BANK OF AMERICA, NA<br>»» 606 E HOWELL ST/2ND MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/19/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $729.00 | Percent to General Unsecured Creditors: 100% | |
| Paid to Claims: | $0.00 | Current Monthly Payment: | $356.99 |
| Paid to Trustee: | $53.95 | Arrearages: | $341.97 |
| Funds on Hand: | $675.05 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

**View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.**