**MEI APPRAISAL COMPANY, LLC**
16 CHICORY LANE, PENNINGTON, NJ 08534

File No. 606 E. Howell Street

# APPRAISAL OF



SINGLE FAMILY RESIDENCE

## LOCATED AT:

606 E. Howell Street
Hamilton, NJ 08610

## FOR:

Candyce Smith-Sklar
1901 N. Olden Avenue
Ewing, NJ, 08618

## BORROWER:

n/a

## AS OF:

March 23, 2026

## BY:

Michael Ehrenberg, 42 RG00018300, ASA

MEI APPRAISAL COMPANY, LLC
16 CHICORY LANE, PENNINGTON, NJ 08534

File No. 606 E. Howell Street

03/22/2026

Candyce Smith-Sklar
1901 N. Olden Avenue
Ewing, NJ, 08618

File Number:   606 E. Howell Street

In accordance with your request, I have appraised the real property at:

606 E. Howell Street
Hamilton, NJ 08610

The purpose of this appraisal is to develop an opinion of the market value of the subject property, as improved. The property rights appraised are the fee simple interest in the site and improvements.

In my opinion, the market value of the property as of   March 23, 2026                          is:

$170,000
One Hundred Seventy Thousand  Dollars

The attached report contains the description, analysis and supportive data for the conclusions, final opinion of value, descriptive photographs, limiting conditions and appropriate certifications.

Michael Ehrenberg, 42 RG00018300, ASA

MEP APPRAISAL COMPANY, LLC

# Uniform Residential Appraisal Report

File No. 606 E. Howell Street

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

**SUBJECT**

| | | | |
|---|---|---|---|
| Property Address 606 E. Howell Street | City Hamilton | State NJ | Zip Code 08610 |
| Borrower n/a | Owner of Public Record Kelly Ann Rivera | County Mercer | |

Legal Description BLOCK 12093 LOT 25 as per tax maps of Hamilton Township

| | | |
|---|---|---|
| Assessor's Parcel # 03-02093-00025 | Tax Year 2025 | R.E. Taxes $ 3,875 |
| Neighborhood Name Hamilton | Map Reference MapPoint | Census Tract 0026.01 |

Occupant [X] Owner [ ] Tenant [ ] Vacant    Special Assessments $ 0    [ ] PUD    HOA $ 0    [ ] per year [ ] per month

Property Rights Appraised [X] Fee Simple [ ] Leasehold [ ] Other (describe)

Assignment Type [ ] Purchase Transaction [ ] Refinance Transaction [X] Other (describe) Bankruptcy

Lender/Client Candyce Smith-Sklar    Address 1901 N. Olden Avenue, Ewing, NJ 08618

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? [ ] Yes [ ] No

Report data source(s) used, offering price(s), and date(s). BrightMLS

**CONTRACT**

I [ ] did [ ] did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.

Contract Price $ _____    Date of Contract _____    Is the property seller the owner of public record? [ ] Yes [ ] No    Data Source(s) _____

Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? [ ] Yes [ ] No

If Yes, report the total dollar amount and describe the items to be paid. _____

**NEIGHBORHOOD**

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | | | One-Unit Housing Trends | | | One-Unit Housing | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|---|
| Location [ ] Urban [X] Suburban [ ] Rural | | | Property Values [ ] Increasing [X] Stable [ ] Declining | | | PRICE | AGE | One-Unit | 100 % |
| Built-Up [X] Over 75% [ ] 25-75% [ ] Under 25% | | | Demand/Supply [ ] Shortage [X] In Balance [ ] Over Supply | | | $(000) | (yrs) | 2-4 Unit | % |
| Growth [ ] Rapid [X] Stable [ ] Slow | | | Marketing Time [X] Under 3 mths [ ] 3-6 mths [ ] Over 6 mths | | | 150 Low | 45 | Multi-Family | % |
| Neighborhood Boundaries Liberty Street to the North; Franklin Street to the West; Cedar Lane to | | | | | | 300 High | 225 | Commercial | % |
| the East; Chambers Street to the South | | | | | | 200 Pred. | 75 | Other | % |

Neighborhood Description See addendum

Market Conditions (including support for the above conclusions) Hamilton Township, NJcontinues to show steady price growth, rising inventory, and moderate buyer competition

**SITE**

| | | | |
|---|---|---|---|
| Dimensions 20'X100' | Area 2000 sf | Shape Rectangular | View N;Res; |
| Specific Zoning Classification R-5 | Zoning Description SIngle Family Residential (min. Lot size, 5,000sf) | | |

Zoning Compliance [ ] Legal [X] Legal Nonconforming (Grandfathered Use) [ ] No Zoning [ ] Illegal (describe)

Is the highest and best use of the subject property as improved (or as proposed per plans and specifications) the present use? [X] Yes [ ] No    If No, describe. _____

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements—Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | [X] | [ ] | Water | [X] | [ ] | Street Asphalt | [X] | [ ] |
| Gas | [X] | [ ] | Sanitary Sewer | [X] | [ ] | Alley None | [ ] | [ ] |

FEMA Special Flood Hazard Area [ ] Yes [x] No    FEMA Flood Zone x    FEMA Map # 34021C0228F    FEMA Map Date 07/20/2016

Are the utilities and off-site improvements typical for the market area? [X] Yes [ ] No    If No, describe. _____

Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? [ ] Yes [X] No    If Yes, describe. _____

**IMPROVEMENTS**

| GENERAL DESCRIPTION | FOUNDATION | EXTERIOR DESCRIPTION materials/condition | INTERIOR materials/condition |
|---|---|---|---|
| Units [ ] One [ ] One with Accessory Unit | [ ] Concrete Slab [ ] Crawl Space | Foundation Walls CONCRT/AVG | Floors lam/Avg. |
| # of Stories 2 | [X] Full Basement [ ] Partial Basement | Exterior Walls Vinyl/Avg | Walls Drywall/Avg |
| Type [ ] Det. [ ] Att. [X] S-Det./End Unit | Basement Area 672 sq. ft. | Roof Surface SHINGLE/AVG | Trim/Finish Wood Paint/Avg |
| [X] Existing [ ] Proposed [ ] Under Const. | Basement Finish 50 % | Gutters & Downspouts ALUMINUM/AVG | Bath Floor Tile/Avg |
| Design (Style) Townhouse | [ ] Outside Entry/Exit [ ] Sump Pump | Window Type DBLE HUNG/AVG | Bath Wainscot Tile/Avg |
| Year Built 1920 | Evidence of [ ] Infestation | Storm Sash/Insulated METAL/YES/AVG | Car Storage [X] None |
| Effective Age (Yrs) 25 | [ ] Dampness [ ] Settlement | Screens METAL/AVERAGE | [ ] Driveway # of Cars 0 |
| Attic [ ] None | Heating [ ] FWA [X] HWBB [ ] Radiant | Amenities [ ] WoodStove(s)#0 | Driveway Surface |
| [ ] Drop Stair [X] Stairs | [ ] Other    Fuel Gas | [ ] Fireplace(s) # 0 [ ] Fence None | [ ] Garage # of Cars 0 |
| [X] Floor [X] Scuttle | Cooling [ ] Central Air Conditioning | [X] Patio/Deck Deck [X] Porch Porch | [ ] Carport # of Cars 0 |
| [X] Finished [ ] Heated | [ ] Individual [X] Other None | [ ] Pool None [ ] Other None | [ ] Att. [ ] Det. [ ] Built-in |

Appliances [X] Refrigerator [X] Range/Oven [X] Dishwasher [ ] Disposal [ ] Microwave [ ] Washer/Dryer [ ] Other (describe)

Finished area above grade contains: 5 Rooms    2 Bedrooms    1.0 Bath(s)    1,008 Square Feet of Gross Living Area Above Grade

Additional features (special energy efficient items, etc.). There is a finished-unheated attic area.

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.). C4;Kitchen-updated-timeframe unknown;Bathrooms-updated-timeframe unknown;Overall condition is deemed average

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? [ ] Yes [X] No    If Yes, describe. _____

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? [X] Yes [ ] No    If No, describe. _____

MEI APPRAISAL COMPANY LLC

# Uniform Residential Appraisal Report

File No. 606 E. Howell Street

There are _____ comparable properties currently offered for sale in the subject neighborhood ranging in price from $ _____ to $ _____ .

There are _____ comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ _____ to $ _____ .

| FEATURE | SUBJECT | COMPARABLE SALE NO. 1 | | COMPARABLE SALE NO. 2 | | COMPARABLE SALE NO. 3 | |
|---|---|---|---|---|---|---|---|
| Address | 606 E. Howell Street  Hamilton, NJ 08610 | 277 NORWAY AVE  HAMILTON, NJ 08609 | | 40 REED AVE  HAMILTON, NJ 08610 | | 77 Atkins Avenue  Hamilton, NJ 08610 | |
| Proximity to Subject | | 1.51 miles NE | | 0.58 miles SW | | 0.67 miles NE | |
| Sale Price | $ | | $ 182,500 | | $ 209,000 | | $ 200,000 |
| Sale Price/Gross Liv. Area | $ 0.00 sq. ft. | $ 147.18 sq. ft. | | $ 183.33 sq. ft. | | $ 228.83 sq. ft. | |
| Data Source(s) | | BRIGHT MLS#NJME2070894;D | | BRIGHT MLS#NJME2068932;DOM | | Bright #NJME2060936;DOM 18 | |
| Verification Source(s) | | VitalGov/Real Quest | | VitalGov/Real Quest | | Vital Gov/Real Quest | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sale or Financing | | ArmLth | | ArmLth | | ArmLth | |
| Concessions | | CASH; | | PRIVATE; | | Conv;0 | |
| Date of Sale/Time | | s01/26;c12/25 | | s12/25;c11/25 | | s09/25;c07/25 | |
| Location | N;Res; | N;Res; | | B;Res; | | N;Res; | |
| Leasehold/Fee Simple | Fee Simple | FEE SIMPLE | | FEE SIMPLE | | Fee Simple | |
| Site | 2000 sf | 2500 sf | | 1999 sf | | 7501 sf | -2,461 |
| View | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Design (Style) | SD2;Townhouse | SD2;Townhouse | | SD3;Townhouse | | DT2;Ranch | -35,000 |
| Quality of Construction | Q4 | Q4 | | Q4 | | Q4 | |
| Actual Age | 106 | 114 | | 100 | | 96 | |
| Condition | C4 | C5 | 35,000 | C4 | | C4 | |
| Above Grade Room Count | Total 5 / Bdrms. 2 / Baths 1.0 | Total 6 / Bdrms. 3 / Baths 1.0 | | Total 6 / Bdrms. 3 / Baths 1.0 | | Total 5 / Bdrms. 2 / Baths 1.0 | |
| Gross Living Area 95 | 1,008 sq. ft. | 1,240 sq. ft. | -22,000 | 1,140 sq. ft. | -12,500 | 874 sq. ft. | 12,700 |
| Basement & Finished Rooms Below Grade | 672sf336sfin  1rr0br0.0ba0o | 588sf0sfin | 10,000 | 286sf0sfin | 10,000 | 874sf0sfin | 10,000 |
| Functional Utility | AVG(2 BED) | GOOD (3 BED) | -50,000 | GOOD (3 BED) | -50,000 | AVG(2 BED) | |
| Heating/Cooling | HW/None | FWA/WINDOW | | FWA/NONE | | Rad/None | |
| Energy Efficient Items | NONE | NONE | | NONE | | NONE | |
| Garage/Carport | None | None | | None | | 1gd | -7,500 |
| Porch/Patio/Deck | PORCH | PORCH | | PORCH | | ENC PORCH | -2,000 |
| Other | NONE | None | | None | | NONE | |
| Other | Fin Attic | None | 5,000 | None | 5,000 | Fin Attic | 5,000 |
| OTHER | Updated Kit/Bth | None | 7,500 | None | 7,500 | None | -7,500 |
| Net Adjustment (Total) | | [ ] + [X] - $ | 14,500 | [ ] + [X] - $ | 40,000 | [ ] + [X] - $ | 26,761 |
| Adjusted Sale Price of Comparables | | Net Adj. -7.9%  Gross Adj. 71.0% $ | 168,000 | Net Adj. -19.1%  Gross Adj. 40.7% $ | 169,000 | Net Adj. -13.4%  Gross Adj. 41.1% $ | 173,239 |

I [X] did [ ] did not research the sale or transfer history of the subject property and comparable sales. If not, explain _____

My research [ ] did [X] did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.

Data source(s) VITALGOV/REALQUEST

My research [ ] did [X] did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.

Data source(s) VITAL GOV/REALQUEST

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE NO. 1 | COMPARABLE SALE NO. 2 | COMPARABLE SALE NO. 3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | | | |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | Vital Gov/Real Quest | Vital Gov/Real Quest | Vital Gov/Real Quest | |
| Effective Date of Data Source(s) | 02/26/2026 | 03/23/2026 | 03/23/2026 | |

Analysis of prior sale or transfer history of the subject property and comparable sales  The comparable sales have not sold within the past 12 months. Prior sale of the subject noted above. No other sales of the subject noted within the past 3 years. PLEASE NOTE THAT VITAL GOV AND REALQUEST ARE VERIFICATION SOURCES AND HAVE BEEN USED  FOR THE SUBJECT AND ALL THE COMPARABLE SALES.

Summary of Sales Comparison Approach.  Due to a lack of recent sales of this vintage and style in Trenton,it was neccessary to search exceed 6 months and 1 mile for data. GLA adjusted at $95/SF based on the Solomon Caclulator; $3500 per 1/2 baths.  Most emphasis placed on Sales 1  2 AND 3 due to their location in Hamilton Twp. Sale 3 is a detached house. ACCORDING TO BRIGHT, MLS STATISTICS, BASED ON ALL SALES IN HAMILTON TOWNSHIP IN THE PAST 180 DAYS, THE MEDIAN SALE PRICE OF A 3 BEDROOM HOME IS $425,000,. THE MEDIAN SALE PRICE OF A 2 BEDROOM HOME IS $350,000. THIS IS A $75,000 DIFFERENCE IN PRICE. FOR PURPOSES OF THIS ANALYSIS, WE HAVE TEMPERED THE DIFFERENCE TO $50,000 between A 3 BEDROOM AND A 2 BEDROOM PROPERTY. There has been a lack of 2 bedroom sales in this submarket.

Indicated Value by Sales Comparison Approach $ 170,000

Indicated Value by:  Sales Comparison Approach $ 170,000    Cost Approach (if developed) $ 168,900    Income Approach (if developed) $ 0

.

This appraisal is made [X] "as is," [ ] subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, [ ] subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or [ ] subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair: _____

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $ 170,000 as of  03/23/2026 , which is the date of inspection and the effective date of this appraisal.

Freddie Mac Form 70 March 2005          UAD Version 9/2011          Produced using ACI software, 800.234.8727 www.aciweb.com          Fannie Mae Form 1004 March 2005
Page 2 of 6                                    1004_05UAD 12182015

MEI Appraisal Group

MEY APPRAISAL COMPANY, LLC

## Uniform Residential Appraisal Report

File No.  606 E. Howell Street

**ADDITIONAL COMMENTS**

### COST APPROACH TO VALUE (not required by Fannie Mae)

Provide adequate information for the lender/client to replicate the below cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)   Land sales based on extraction due to a lack of recent sales in the area. Land ratio exceeds 30% which is typical for the area. It also based on 4-3-21 method

| | | |
|---|---|---|
| ESTIMATED ☐ REPRODUCTION OR ☒ REPLACEMENT COST NEW | OPINION OF SITE VALUE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . = $ | 70,000 |
| Source of cost data  National Building Cost Manual 2026 | Dwelling            1,008 Sq. Ft. @ $          143 . . . . . . . . . . . . = $ | 144,144 |
| Quality rating from cost service  Average      Effective date of cost data  01/01/2026 | Bsmt: 672              Sq. Ft. @ $          65 . . . . . . . . . . . . = $ | 43,680 |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | porche | 5,000 |
| Depreciation based on the Age/Life Method. | Garage/Carport        0 Sq. Ft. @ $          . . . . . . . . . . . . . = $ | 0 |
| | Total Estimate of Cost-New              . . . . . . . . . . . . . = $ | 192,824 |
| | Less   50    Physical | Functional | External | |
| | Depreciation   $96,412                                     = $ ( | 96,412) |
| | Depreciated Cost of Improvements . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  = $ | 96,412 |
| | "As-is" Value of Site Improvements . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  = $ | 2,500 |
| Estimated Remaining Economic Life (HUD and VA only)              25  Years | INDICATED VALUE BY COST APPROACH . . . . . . . . . . . . . . . . . . . . . .  = $ | 168,900 |

### INCOME APPROACH TO VALUE (not required by Fannie Mae)

Estimated Monthly Market Rent $                     X Gross Rent Multiplier              = $                     Indicated Value by Income Approach

Summary of Income Approach (including support for market rent and GRM)  _____

### PROJECT INFORMATION FOR PUDs (if applicable)

Is the developer/builder in control of the Homeowners' Association (HOA)?   ☐ Yes ☐ No   Unit type(s)   ☐ Detached   ☐ Attached

Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.

Legal name of project

Total number of phases                     Total number of units                     Total number of units sold

Total number of units rented                     Total number of units for sale                     Data source(s)

Was the project created by the conversion of an existing building(s) into a PUD?   ☐ Yes ☐ No   If Yes, date of conversion.

Does the project contain any multi-dwelling units?   ☐ Yes ☐ No   Data source(s)

Are the units, common elements, and recreation facilities complete?   ☐ Yes ☐ No   If No, describe the status of completion.  _____

Are the common elements leased to or by the Homeowners' Association?   ☐ Yes ☐ No   If Yes, describe the rental terms and options.  _____

Describe common elements and recreational facilities.  _____

MEI APPRAISAL COMPANY LLC

# Uniform Residential Appraisal Report

File No. 606 E. Howell Street

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

**SCOPE OF WORK:** The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

**INTENDED USE:** The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

**INTENDED USER:** The intended user of this appraisal report is the lender/client.

**DEFINITION OF MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

**STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:** The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing this appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

MEI APPRAISAL COMPANY LLC

## Uniform Residential Appraisal Report

File No. 606 E. Howell Street

**APPRAISER'S CERTIFICATION:**  The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value.  I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment.  I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value.  I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal.  I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction.  I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report.  If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report.  I certify that any individual so named is qualified to perform the tasks.  I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent.  Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

MEI APPRAISAL COMPANY LLC

# Uniform Residential Appraisal Report

File No. 606 E. Howell Street

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

**SUPERVISORY APPRAISER'S CERTIFICATION:** The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if  a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature _Michael E Ehrenberg_ | Signature _____ |
| Name Michael Ehrenberg, 42 RG00018300, ASA | Name _____ |
| Company Name MEI Appraisal Company | Company Name _____ |
| Company Address 16 Chicory Lane | Company Address _____ |
| Pennington, NJ 08534 | _____ |
| Telephone Number 609-638-5399 | Telephone Number _____ |
| Email Address meiappraisal@comcast.net | Email Address _____ |
| Date of Signature and Report 03/23/2026 | Date of Signature _____ |
| Effective Date of Appraisal 03/23/2026 | State Certification # _____ |
| State Certification # 42RG00018300 | or State License # _____ |
| or State License # _____ | State _____ |
| or Other (describe) _____ State # _____ | Expiration Date of Certification or License _____ |
| State NJ | |
| Expiration Date of Certification or License 12/31/2027 | |

| ADDRESS OF PROPERTY APPRAISED | SUBJECT PROPERTY |
|---|---|
| 606 E. Howell Street | ☐ Did not inspect subject property |
| Hamilton, NJ  08610 | ☐ Did inspect exterior of subject property from street |
| | Date of Inspection _____ |
| APPRAISED VALUE OF SUBJECT PROPERTY $ 170,000 | ☐ Did inspect interior and exterior of subject property |
| | Date of Inspection _____ |
| LENDER/CLIENT | |
| Name _____ | COMPARABLE SALES |
| Company Name Candyce Smith-Sklar | ☐ Did not inspect exterior of comparable sales from street |
| Company Address 1901 N. Olden Avenue | ☐ Did inspect exterior of comparable sales from street |
| Ewing, NJ 08618 | Date of Inspection _____ |
| Email Address _____ | |

Freddie Mac Form 70 March 2005          UAD Version 9/2011          Produced using ACI software, 800.234.8727 www.aciweb.com          Fannie Mae Form 1004 March 2005
Page 6 of 6          1004_05UAD 12182015

MEI Appraisal Group

MD APPRAISAL COMPANY LLC

# Uniform Residential Appraisal Report

File No. 606 E. Howell Street

| FEATURE | SUBJECT | COMPARABLE SALE NO. 4 | | COMPARABLE SALE NO. 5 | | COMPARABLE SALE NO. 6 | |
|---|---|---|---|---|---|---|---|
| | 606 E. Howell Street | 57 GRAND ST | | | | | |
| Address | Hamilton, NJ 08610 | TRENTON, NJ 08611 | | | | | |
| Proximity to Subject | | 0.96 miles SW | | | | | |
| Sale Price | $ | $ 138,000 | | $ | | $ | |
| Sale Price/Gross Liv. Area | $ 0.00 sq. ft. | $ 107.81 sq. ft. | | $ sq. ft. | | $ sq. ft. | |
| Data Source(s) | | BRIGHT MLS#NJME2067564;C | | | | | |
| Verification Source(s) | | VitalGov/Real Quest | | | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sale or Financing | | ArmLth | | | | | |
| Concessions | | CASH; | | | | | |
| Date of Sale/Time | | s11/25;c10/25 | | | | | |
| Location | N;Res; | A;Res; | 35,000 | | | | |
| Leasehold/Fee Simple | Fee Simple | FEE SIMPLE | | | | | |
| Site | 2000 sf | 1512 sf | | | | | |
| View | N;Res; | N;Res; | | | | | |
| Design (Style) | SD2;Townhouse | SD2;Townhouse | | | | | |
| Quality of Construction | Q4 | Q4 | | | | | |
| Actual Age | 106 | 164 | | | | | |
| Condition | C4 | C4 | | | | | |
| Above Grade | Total / Bdrms. / Baths | Total / Bdrms. / Baths | | Total / Bdrms. / Baths | | Total / Bdrms. / Baths | |
| Room Count | 5 / 2 / 1.0 | 5 / 2 / 1.0 | | | | | |
| Gross Living Area 95 | 1,008 sq. ft. | 1,280 sq. ft. | -25,800 | sq. ft. | | sq. ft. | |
| Basement & Finished | 672sf336sfin | 800sf | | | | | |
| Rooms Below Grade | 1rr0br0.0ba0o | | 10,000 | | | | |
| Functional Utility | AVG(2 BED) | AVG(2 BED) | | | | | |
| Heating/Cooling | HW/None | HW/None | | | | | |
| Energy Efficient Items | NONE | NONE | | | | | |
| Garage/Carport | None | None | | | | | |
| Porch/Patio/Deck | PORCH | None | 2,000 | | | | |
| Other | NONE | None | | | | | |
| Other | Fin Attic | None | 5,000 | | | | |
| OTHER | Updated Kit/Bth | None | 7,500 | | | | |
| Net Adjustment (Total) | | [X] + [ ] - | $ 33,700 | [ ] + [ ] - | $ | [ ] + [ ] - | $ |
| Adjusted Sale Price | | Net Adj. 24.4% | | Net Adj. % | | Net Adj. % | |
| of Comparables | | Gross Adj. 61.8% | $ 171,700 | Gross Adj. % | $ | Gross Adj. % | $ |

| ITEM | SUBJECT | COMPARABLE SALE NO. 4 | COMPARABLE SALE NO. 5 | COMPARABLE SALE NO. 6 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | | | |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | Vital Gov/Real Quest | Vital Gov/Real Quest | | |
| Effective Date of Data Source(s) | 02/26/2026 | 03/23/2026 | | |

Summary of Sales Comparison Approach _____

**SALES COMPARISON APPROACH**

Freddie Mac Form 70 March 2005          UAD Version 9/2011          Produced using ACI software, 800.234.8727 www.aciweb.com          Fannie Mae Form 1004 March 2005
1004_05UAD 12182015

# Uniform Appraisal Dataset Definitions

File No. 606 E. Howell Street

## Condition Ratings and Definitions

**C1**     The improvements have been very recently constructed and have not previously been occupied. The entire structure and all components are new and the dwelling features no physical depreciation.*

*Note: Newly constructed improvements that feature recycled materials and/or components can be considered new dwellings provided that the dwelling is placed on a 100% new foundation and the recycled materials and the recycled components have been rehabilitated/re-manufactured into like-new condition. Recently constructed improvements that have not been previously occupied are not considered "new" if they have any significant physical depreciation (i.e., newly constructed dwellings that have been vacant for an extended period of time without adequate maintenance or upkeep).*

**C2**     The improvements feature no deferred maintenance, little or no physical depreciation, and require no repairs. Virtually all building components are new or have been recently repaired, refinished, or rehabilitated. All outdated components and finishes have been updated and/or replaced with components that meet current standards. Dwellings in this category either are almost new or have been recently completely renovated and are similar in condition to new construction.

*Note: The improvements represent a relatively new property that is well maintained with no deferred maintenance and little or no physical depreciation, or an older property that has been recently completely renovated.*

**C3**     The improvements are well maintained and feature limited physical depreciation due to normal wear and tear. Some components, but not every major building component, may be updated or recently rehabilitated. The structure has been well maintained.

*Note: The improvement is in its first-cycle of replacing short-lived building components (appliances, floor coverings, HVAC, etc.) and is being well maintained. Its estimated effective age is less than its actual age. It also may reflect a property in which the majority of short-lived building components have been replaced but not to the level of a complete renovation.*

**C4**     The improvements feature some minor deferred maintenance and physical deterioration due to normal wear and tear. The dwelling has been adequately maintained and requires only minimal repairs to building components/mechanical systems and cosmetic repairs. All major building components have been adequately maintained and are functionally adequate.

*Note: The estimated effective age may be close to or equal to its actual age. It reflects a property in which some of the short-lived building components have been replaced, and some short-lived building components are at or near the end of their physical life expectancy; however, they still function adequately. Most minor repairs have been addressed on an ongoing basis resulting in an adequately maintained property.*

**C5**     The improvements feature obvious deferred maintenance and are in need of some significant repairs. Some building components need repairs, rehabilitation, or updating. The functional utility and overall livability is somewhat diminished due to condition, but the dwelling remains useable and functional as a residence.

*Note: Some significant repairs are needed to the improvements due to the lack of adequate maintenance. It reflects a property in which many of its short-lived building components are at the end of or have exceeded their physical life expectancy but remain functional.*

**C6**     The improvements have substantial damage or deferred maintenance with deficiencies or defects that are severe enough to affect the safety, soundness, or structural integrity of the improvements. The improvements are in need of substantial repairs and rehabilitation, including many or most major components.

*Note: Substantial repairs are needed to the improvements due to the lack of adequate maintenance or property damage. It reflects a property with conditions severe enough to affect the safety, soundness, or structural integrity of the improvements.*

## Quality Ratings and Definitions

**Q1**     Dwellings with this quality rating are usually unique structures that are individually designed by an architect for a specified user. Such residences typically are constructed from detailed architectural plans and specifications and feature an exceptionally high level of workmanship and exceptionally high-grade materials throughout the interior and exterior of the structure. The design features exceptionally high-quality exterior refinements and ornamentation, and exceptionally high-quality interior refinements. The workmanship, materials, and finishes throughout the dwelling are of exceptionally high quality.

**Q2**     Dwellings with this quality rating are often custom designed for construction on an individual property owner's site. However, dwellings in this quality grade are also found in high-quality tract developments featuring residences constructed from individual plans or from highly modified or upgraded plans. The design features detailed, high-quality exterior ornamentation, high-quality interior refinements, and detail. The workmanship, materials, and finishes throughout the dwelling are generally of high or very high quality.

**Q3**     Dwellings with this quality rating are residences of higher quality built from individual or readily available designer plans in above-standard residential tract developments or on an individual property owner's site. The design includes significant exterior ornamentation and interiors that are well finished. The workmanship exceeds acceptable standards and many materials and finishes throughout the dwelling have been upgraded from "stock" standards.

**Q4**     Dwellings with this quality rating meet or exceed the requirements of applicable building codes. Standard or modified standard building plans are utilized and the design includes adequate fenestration and some exterior ornamentation and interior refinements. Materials, workmanship, finish, and equipment are of stock or builder grade and may feature some upgrades.

**Q5**     Dwellings with this quality rating feature economy of construction and basic functionality as main considerations. Such dwellings feature a plain design using readily available or basic floor plans featuring minimal fenestration and basic finishes with minimal exterior ornamentation and limited interior detail. These dwellings meet minimum building codes and are constructed with inexpensive, stock materials with limited refinements and upgrades.

**Q6**     Dwellings with this quality rating are of basic quality and lower cost; some may not be suitable for year-round occupancy. Such dwellings are often built with simple plans or without plans, often utilizing the lowest quality building materials. Such dwellings are often built or expanded by persons who are professionally unskilled or possess only minimal construction skills. Electrical, plumbing, and other mechanical systems and equipment may be minimal or non-existent. Older dwellings may feature one or more substandard or non-conforming additions to the original structure.

## Definitions of Not Updated, Updated, and Remodeled

### Not Updated

**Little or no updating or modernization. This description includes, but is not limited to, new homes.**
Residential properties of fifteen years of age or less often reflect an original condition with no updating, if no major components have been replaced or updated. Those over fifteen years of age are also considered not updated if the appliances, fixtures, and finishes are predominantly dated. An area that is 'Not Updated' may still be well maintained and fully functional, and this rating does not necessarily imply deferred maintenance or physical /functional deterioration.

### Updated

**The area of the home has been modified to meet current market expectations. These modifications are limited in terms of both scope and cost.**
An updated area of the home should have an improved look and feel, or functional utility. Changes that constitute updates include refurbishment and/or replacing components to meet existing market expectations. Updates do not include significant alterations to the existing structure.

### Remodeled

**Significant finish and/or structural changes have been made that increase utility and appeal through complete replacement and/ or expansion.**
A remodeled area reflects fundamental changes that include multiple alterations. These alterations may include some or all of the following:  replacement of a major component (cabinet(s), bathtub, or bathroom tile), relocation of plumbing/gas fixtures/appliances, significant structural alterations (relocating walls, and/or the addition of square footage). This would include a complete gutting and rebuild.

## Explanation of Bathroom Count

The number of full and half baths is reported by separating the two values by a period. The full bath is represented to the left of the period. The half bath count is represented to the right of the period.  Three-quarter baths are to be counted as a full bath in all cases. Quarter baths (baths that feature only toilet) are not to be included in the bathroom count.

MEI APPRAISAL COMPANY LLC

# Uniform Appraisal Dataset Definitions

File No. 606 E. Howell Street

---

**Abbreviations Used in Data Standardization Text**

| Abbrev. | Full Name | Appropriate Fields | Abbrev. | Full Name | Appropriate Fields |
|---|---|---|---|---|---|
| ac | Acres | Area, Site | in | Interior Only Stairs | Basement & Finished Rooms Below Grade |
| AdjPrk | Adjacent to Park | Location | Lndfl | Landfill | Location |
| AdjPwr | Adjacent to Power Lines | Location | LtdSght | Limited Sight | View |
| A | Adverse | Location & View | Listing | Listing | Sale or Financing Concessions |
| ArmLth | Arms Length Sale | Sale or Financing Concessions | MR | Mid-Rise Structure | Design(Style) |
| AT | Attached Structure | Design(Style) | Mtn | Mountain View | View |
| ba | Bathroom(s) | Basement & Finished Rooms Below Grade | N | Neutral | Location & View |
| br | Bedroom | Basement & Finished Rooms Below Grade | NonArm | Non-Arms Length Sale | Sale or Financing Concessions |
| B | Beneficial | Location & View | op | Open | Garage/Carport |
| BsyRd | Busy Road | Location | o | Other | Basement & Finished Rooms Below Grade |
| cp | Carport | Garage/Carport | O | Other | Design(Style) |
| Cash | Cash | Sale or Financing Concessions | Prk | Park View | View |
| CtySky | City View Skyline View | View | Pstrl | Pastoral View | View |
| CtyStr | City Street View | View | PwrLn | Power Lines | View |
| Comm | Commercial Influence | Location | PubTrn | Public Transportation | Location |
| c | Contracted Date | Date of Sale/Time | rr | Recreational (Rec) Room | Basement & Finished Rooms Below Grade |
| Conv | Conventional | Sale or Financing Concessions | Relo | Relocation Sale | Sale or Financing Concessions |
| cv | Covered | Garage/Carport | REO | REO Sale | Sale or Financing Concessions |
| CrtOrd | Court Ordered Sale | Sale or Financing Concessions | Res | Residential | Location & View |
| DOM | Days On Market | Data Sources | RT | Row or Townhouse | Design(Style) |
| DT | Detached Structure | Design(Style) | RH | Rural Housing - USDA | Sale or Financing Concessions |
| dw | Driveway | Garage/Carport | SD | Semi-detached Structure | Design(Style) |
| Estate | Estate Sale | Sale or Financing Concessions | s | Settlement Date | Date of Sale/Time |
| e | Expiration Date | Date of Sale/Time | Short | Short Sale | Sale or Financing Concessions |
| FHA | Federal Housing Authority | Sale or Financing Concessions | sf | Square Feet | Area, Site, Basement |
| g | Garage | Garage/Carport | sqm | Square Meters | Area, Site, Basement |
| ga | Garage - Attached | Garage/Carport | Unk | Unknown | Date of Sale/Time |
| gbi | Garage - Built-in | Garage/Carport | VA | Veterans Administration | Sale or Financing Concessions |
| gd | Garage - Detached | Garage/Carport | wo | Walk Out Basement | Basement & Finished Rooms Below Grade |
| GR | Garden Structure | Design(Style) | wu | Walk Up Basement | Basement & Finished Rooms Below Grade |
| GlfCse | Golf Course | Location | WtrFr | Water Frontage | Location |
| Glfvw | Golf Course View | View | Wtr | Water View | View |
| HR | High Rise Structure | Design(Style) | w | Withdrawn Date | Date of Sale/Time |
| Ind | Industrial | Location & View | Woods | Woods View | View |

**Other Appraiser-Defined Abbreviations**

| Abbrev. | Full Name | Appropriate Fields | Abbrev. | Full Name | Appropriate Fields |
|---|---|---|---|---|---|
| | | | | | |

| | |
|---|---|
| Borrower:  n/a | File No.:  606 E. Howell Street |
| Property Address:  606 E. Howell Street | Case No.: |
| City:  Hamilton        State:  NJ | Zip:  08610 |
| Lender:  Candyce Smith-Sklar | |

**Zoning Description**
see below

**Extra Comments**
**ADDENDUM**

THE PURPOSE OF THE APPRAISAL IS TO GIVE AN OPINION OF THE SUBJECT'S MARKET VALUE AS DEFINED HEREIN.
MARKET VALUE IS THE CASH VALUE OF A PROPERTY TO A WELL-INFORMED BUYER IN AN OPEN MARKET, OR THE MOST PROBABLE PRICE A PROPERTY SHOULD BRING IN A COMPETITIVE AND OPEN MARKET UNDER ALL CONDITIONS REQUISITE TO A FAIR SALE, WITH THE BUYER AND SELLER EACH ACTING PRUDENTLY AND KNOWLEDGABLY, AND ASSUMING THE PRICE IS NOT AFFECTED BY UNDUE STIMULUS.
FOR THE PURPOSE OF THIS REPORT, THE SOURCE FOR THE DEFINITION OF MARKET VALUE IS FROM REGULATIONS PUBLISHED BY FEDERAL REGULATORY AGENCIES PURSUANT TO TITLE XI OF THE FEDERAL INSTITUTIONS REFORM, RECOVERY, AND ENFORCEMENT ACT OF 1989.
THE INTENDED USE OF THE APPRAISAL IS TO ASSIST THE CLIENT IN EVALUATING THE SUBJECT FOR LENDING PURPOSES. THIS REPORT IS INTENDED FOR USE ONLY BY THE CLIENT AND ITS SECONDARY MARKET INVESTOR, IF ANY. USE OF THIS REPORT BY OTHERS IS NOT INTENDED BY THE APPRAISER.
THIS APPRAISAL IS NOT TO BE CONSIDERED A HOME INSPECTION.
THIS APPRAISAL IS IN CONJUCNTION WITH A BANKRUPTCY ONLY

THE INTENDED USER IS THE ATTORNEY AND THE COURT

 PLEASE NOTE THAT THE PROPERTY RECORD FOR HAMILTON TOWNSHIP IS INCORRECT. THIS HOME HAS 2 BEDROOMS, NOT 3 AS STATED ON THE CARD. THE 3RD FLOOR IS UNHEATED. IT IS NOT A BEDROOM.

BASEMENT SQUARE FOOTAGES ARE ESTIMATES ARE LOCAL ASSESSORS ARE PART TIME AND TYPICALLY WITH PUBLIC RECORD REQUEST IN NJ THERE IS A 7-10 DAY WAITING PERIOD.

**Neighborhood BoundariesNeighborhood Description**
THE SUBJECT PROPERTY IS LOCATED IN A NEIGHBORHOOD THAT CONSISTS OF SINGLE FAMILY AND, MULTI-FAMILY,USES IN SOUTHERN HAMILTON TOWNSHIP NEAR THE  TRENTON CITY LINE. Housing stock consists primarily of early to mid20th• century detached dwellings, including Cape Cods, small colonials, and ranchstyle homes on compact lots, with many properties showing incremental updates over time.
**Neighborhood Market Conditions**
MOST TRANSACTIONS INVOLVE CONVENTIONAL FINANCING. SALES CONCESSIONS AND BUYDOWNS ARE NOT COMMON IN THIS MARKET BUT ARE SOMETIMES USED TO FACILITATE SALES. THE SUBJECT'S ESTIMATED VALUE IS WITHIN THE NEIGHBORHOOD PREDOMINANT VALUE.

**Zoning Compliance**
THE SUBJECT IS LEGAL NON-CONFORMING DUE TO AN UNDERSIZED LOT. THE SUBJECT'S AREA IS ZONED WITH A MINIMUM LOT SIZE OF 5,000 SQUARE FEET HOWEVER THE SUBJECT MAY BE REBUILT IF NOT DESTROYED MORE THAN 50% OF THE TOTAL STRUCTURE. IF THE DWELLING IS DESTROYED MORE THAN 50%, A VARIANCE WILL BE REQUIRED AND HAS BEEN HISTORICALLY GRANTED TO REBUILD THE DWELLING. THIS IS TYPICAL OF THE SUBJECT'S MARKET AREA AND NOT A DETRIMENT TO VALUE OR MARKETABILITY.

NJ STATE STATUTE STATES A NON-CONFORMING USE PROPERTY MAY BE REBUILT ON THE EXISTING FOOTPRINT. THE PURPOSE OF THE VARIANCE IS TO ENSURE LOCAL CONTROL OVER THE REBUILDING PROCESS, NOT TO PREVENT IT.

IT IS TYPICAL TO THE TOWNSHIP AND NEIGHBORHOOD TO HAVE AN UNDERSIZED LOTS AND IS SIMILAR TO THE VAST MAJORITY OF DWELLINGS IN THIS MARKET. THIS DOES NOT EFFECT MARKETABILITY IN ANY WAY.

**Highest and Best Use**
THE SUBJECT'S HIGHEST AND BEST USE IS "AS IS". THE SITE AS IMPROVED IS PHYSICALLY POSSIBLE, FINANCIALLY FEASIBLE, LEGALLY PERMISSIBLE AND MAXIMALLY PRODUCTIVE
**Site Comments**
NO ADVERSE EASEMENTS NOR ENCROACHMENTS NOTED AT THE TIME OF INSPECTION.E.

**Physical Deficiencies or Adverse Conditions**
APPRAISER IS NOT AN EXPERT IN STRUCTURALENGINEERING AND THIS APPRAISAL DOES NOT QUALIFY AS A PROFESSIONAL HOME INSPECTION. WE DID NOT OBSERVE AND HEALTH OR SAFETY ISSUES.
**Comments on Sales Comparison**
 THE FINAL VALUE ESTIMATE FALLS WITHIN RANGE OF THE ADJUSTED VALUE INDICATORS.

**Final Reconciliation**
THE SALES COMPARISON APPROACH IS CONSIDERED BY THE APPRAISER TO BE THE MOST ACCURATE

| | |
|---|---|
| Borrower: n/a | File No.: 606 E. Howell Street |
| Property Address: 606 E. Howell Street | Case No.: |
| City: Hamilton    State: NJ | Zip: 08610 |
| Lender: Candyce Smith-Sklar | |

INDICATOR OF VALUE, AS IT BEST DEPICTS THE ACTIONS OF WELL INFORMED BUYER ACTING FREELY IN THE OPEN MARKET. IT IS THE PRIMARY BASIS FOR THE FINAL ESTIMATE OF VALUE CONTAINED WITHIN THIS REPORT.

THE COST APPROACH IS DEVELOPED BY ESTIMATING THE COST TO BUILD THE IMPROVEMENTS, SUBTRACTING DEPRECIATION (FUNCTIONAL, PHYSICAL, AND EXTERNAL) AND ADDING THE VALUE OF THE LAND. THE COST APPROACH IS CALCULATED AND SUPPORTS THE VALUE REACHED VIA THE SALES COMPARISON APPROACH. DEPRECIATION IS BASED UPON SUBJECTIVITY AND SPECULATION.

THE INCOME APPROACH TO VALUE IS PREDICATED UPON THE VALUE OF A DWELLING HAVING A DIRECT RELATIONSHIP TO THE POTENTIAL INCOME IT CAN PRODUCE. THE INCOME APPROACH IS NOT DEVELOPED AS SINGLE FAMILY HOMES IN THE SUBJECT AREA ARE GENERALLY SOLD AS OWNER OCCUPIED AND NOT FOR INCOME PURPOSES.

**Conditions of Appraisal**

THE APPRAISAL IS MADE: "AS IS".

NOTE: INFORMATION, ESTIMATES AND OPINIONS FURNISHED TO THE APPRAISER AND CONTAINED IN THIS REPORT WERE OBTAINED FROM SOURCES CONSIDERED RELIABLE AND BELIEVED TO BE TRUE AND CORRECT. HOWEVER, NO RESPONSIBILITY FOR ACCURACY OF SUCH ITEMS FURNISHED TO THE APPRAISER CAN BE ASSUMED BY THE APPRAISER.

ALSO, ANY SKETCH IN THIS REPORT IS INCLUDED TO ASSIST THE READER IN VISUALIZING THE PROPERTY. THE APPRAISER IS NEITHER AN ARCHITECT NOR SURVEYOR AND ALL MEASUREMENTS ARE AN APPROXIMATION. ELECTRONIC SIGNATURES, SECURED WITH SECURITY PROTECTED ACCESS CODES, HAVE BEEN UTILIZED IN THIS REPORT. THIS HAS BEEN APPROVED AND ACCEPTED BY THE APPRAISAL INSTITUTE AND ALL MAJOR BANKS AND LENDING INSTITUTIONS.

THE PHOTOGRAPHS SUBMITTED WITH THIS APPRAISAL ARE ORIGINAL DIGITAL IMAGES. THESE DIGITAL IMAGES HAVE NOT BEEN ALTERED NOR MODIFIED IN ANY SHAPE NOR FORM AS TO MISLEAD THE LENDER.

**Cost Approach Comments**

COST ESTIMATES REFERENCED BY A SURVEY OF LOCAL BUILDERS. PHYSICAL DEPRECIATION DUE TO NORMAL WEAR AND TEAR. NO FUNCTIONAL OBSOLESCENCE NOTED. NO APPARENT EXTERNAL INADEQUACIES NOTED OR KNOWN.  THE VALUE ARRIVED AT IN THE COST APPROACH IS TO BE USED SOLELY FOR THE PURPOSES OF THIS REPORT. THERE IS NO OTHER INTENDED USE.

**Additional Features**

UPDATED KITCHEN ,AND BATH

THE PRINCIPAL APPRAISER, I HEREBY AGREE THAT THE FIRM " MEI APPRAISAL GROUP, LLC WILL NOT PERFORM, PARTICIPATE IN, OR BE ASSOCIATED WITH ANY ACTIVITY IN VIOLATION OF THE DODD FRANK ACT. I HAVE COMPLIED IN ANY ASPECTS WITH ALL RELEVANT PROVISIONS OF THE DODD FRANK ACT AS PROMULGATED FROM TIME TO TIME BY FANNIE MAE AND FREDDIE MAC. IN PARTICULAR YOU WARRANT, REPRESENT AND CERTIFY THAT YOU HAVE ADOPTED WRITTEN POLICIES AND PROCEDURES IMPLEMENTING DODD FRANK, INCLUDING BUT NOT LIMITED TO ADEQUATE TRAINING AND DISCIPLINARY RULES ON APPRAISER INDEPENDENCE  AND HAVE MECHANISMS IN PLACE TO REPORT AND DISCIPLINE ANYONE WHO VIOLATES THOSE POLICIES AND PROCEDURES.

I have performed no services, as an appraiser or in any other capacity, regarding this property that is the subject of this report within the three year period immediately preceding acceptance of the assignment

THE INTENDED USER OF THIS APPRAISAL REPORT IS THE LENDER/CLIENT. THE INTENDED USE IS TO EVALUATE THE PROPERTY THAT IS THE SUBJECT OF THIS APPRAISAL FOR A MORTGAGE.

ALL SYSTEMS AND UTILITIES WERE ON AND OPERATIONAL AT THE TIME OF INSPECTION.

**Exposure Time is defined as:**

1. The time a property remains on the market.

2. The estimated length of time the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of the appraisal; a retrospective estimate based on an analysis of past events assuming a competitive and open market. Exposure time is always presumed to occur prior to the effective date of the appraisal. The overall concept of reasonable exposure encompasses not only adequate, sufficient and reasonable time but also adequate, sufficient and reasonable effort. Exposure time is different for various types of real estate and value ranges and under various market conditions. (Appraisal Standards Board of The Appraisal Foundation, Statement on Appraisal Standards No. 6, "Reasonable Exposure Time in Real Property and Personal Property Market Value Opinions")

Market value estimates imply that an adequate marketing effort and reasonable time for exposure occurred prior to the effective date of the appraisal. In the case of disposition value, the time frame allowed for marketing the

**ADDENDUM**

| | |
|---|---|
| Borrower: n/a | File No.: 606 E. Howell Street |
| Property Address: 606 E. Howell Street | Case No.: |
| City: Hamilton | State: NJ    Zip: 08610 |
| Lender: Candyce Smith-Sklar | |

property rights is somewhat limited, but the marketing effort is orderly and adequate. With liquidation value, the time frame for marketing the property rights is so severely limited that an adequate marketing program cannot be implemented. (The Report of the Appraisal Institute Special Task Force on Value Definitions qualifies exposure time in terms of the three above-mentioned values.) Exposure Time is estimated at 0-3 months.

GLA, BATH AND GARAGE ADJUSTMENTS WERE BASED ON SOLOMON CALCULATOR AND PAIRED SALES.

THE APPRAISER HAD NOT IDENTIFIED ANY PURCHASER, BORROWER OR SELLER AS AN INTENDED USER OF THIS APPRAISAL AND SUCH PARTIES SHOULD NOT RELY ON THIS APPRAISAL FOR THEIR OWN PURPOSES. NEITHER PAYMENT OR RECEIPT OF A COPY OF THE APPRAISAL BY SUCH A PARTY OR THIRD PARTY MEANS THAT THE PARTY IS THE INTENDED USER OF THE APPRAISAL. SUCH PARTIES ARE ADVISED TO OBTAIN AN APPRAISAL FROM AN APPRAISER OF THEIR OWN CHOOSING IF THEY REQUIRE AN APPRAISAL FOR THEIR OWN USE. THIS APPRAISAL SHOULD NOT SERVE AS THE BASIS FOR ANY PROPERTY DECISION OR ANY APPRAISAL CONTINGENCY IN A PURCHASE AGREEMENT RELATING TO THE PROPERTY.

THE SUBJECT WAS MEASURED TO ANSI REQUIREMENTS.

In Central New Jersey, market studies consistently show that moving from a 2bedroom to a 3bedroom home typically results in a price increase of roughly 10% to 20%, driven primarily by the added livable square footage and broader buyer demand for homes that can accommodate families, guests, or remote•work needs. National bedroomcount analyses emphasize that additional finished space—whether through an added bedroom, attic conversion, or basement conversion—meaningfully boosts value because larger homes offer greater utility, flexibility, and market appeal.   In practice, the functional difference between 2BR and 3BR homes—specifically the ability to support a dedicated office, nursery, or guest room—tends to justify the higher price point for 3BR homes across most Central NJ submarkets. Our study based on Bright MLS data showed a $75,000 difference between a 2 bedroom and 3 bedroom in Hamilton Township.

| Borrower: n/a | File No.: 606 E. Howell Street |
| Property Address: 606 E. Howell Street | Case No.: |
| City: Hamilton | State: NJ | Zip: 08610 |
| Lender: Candyce Smith-Sklar | | |



**FRONT VIEW OF
SUBJECT PROPERTY**

Appraised Date: March 23, 2026
Appraised Value: $ 170,000



**REAR VIEW OF
SUBJECT PROPERTY**



**STREET SCENE**

| | |
|---|---|
| Borrower: n/a | File No.: 606 E. Howell Street |
| Property Address: 606 E. Howell Street | Case No.: |
| City: Hamilton | State: NJ          Zip: 08610 |
| Lender: Candyce Smith-Sklar | |



Living room



Dining Room



Full Bath



Bedroom

| | |
|---|---|
| Borrower: n/a | File No.: 606 E. Howell Street |
| Property Address: 606 E. Howell Street | Case No.: |
| City: Hamilton | State: NJ Zip: 08610 |
| Lender: Candyce Smith-Sklar | |



Bedroom



Finished Attic
NO HEAT



Interior View
Kitchen

| Borrower: n/a | | File No.: 606 E. Howell Street |
| Property Address: 606 E. Howell Street | | Case No.: |
| City: Hamilton | State: NJ | Zip: 08610 |
| Lender: Candyce Smith-Sklar | | |



Part Finished Basement

| | |
|---|---|
| Borrower: n/a | File No.: 606 E. Howell Street |
| Property Address: 606 E. Howell Street | Case No.: |
| City: Hamilton | State: NJ |
| Lender: Candyce Smith-Sklar | Zip: 08610 |



**COMPARABLE SALE #1**

277 NORWAY AVE
HAMILTON, NJ 08609
Sale Date: s01/26;c12/25
Sale Price: $ 182,500



**COMPARABLE SALE #2**

40 REED AVE
HAMILTON, NJ 08610
Sale Date: s12/25;c11/25
Sale Price: $ 209,000



**COMPARABLE SALE #3**

77 Atkins Avenue
Hamilton, NJ 08610
Sale Date: s09/25;c07/25
Sale Price: $ 200,000

| Borrower: n/a | | File No.: 606 E. Howell Street |
|---|---|---|
| Property Address: 606 E. Howell Street | | Case No.: |
| City: Hamilton | State: NJ | Zip: 08610 |
| Lender: Candyce Smith-Sklar | | |



**COMPARABLE SALE #4**

**57 GRAND ST**
**TRENTON, NJ 08611**
Sale Date: s11/25;c10/25
Sale Price: $ 138,000

**COMPARABLE SALE #5**

Sale Date:
Sale Price: $

**COMPARABLE SALE #6**

Sale Date:
Sale Price: $

| | |
|---|---|
| Borrower: n/a | File No.:  606 E. Howell Street |
| Property Address: 606 E. Howell Street | Case No.: |
| City: Hamilton | State: NJ          Zip: 08610 |
| Lender: Candyce Smith-Sklar | |



Sale 2
508 Dayton Street- MLS Photo

**LOCATION MAP**

| | |
|---|---|
| Borrower: n/a | File No.:  606 E. Howell Street |
| Property Address: 606 E. Howell Street | Case No.: |
| City: Hamilton | State: NJ          Zip: 08610 |
| Lender: Candyce Smith-Sklar | |

Comparable Sale 1
277 NORWAY AVE
HAMILTON, NJ 08609
1.51 miles NE

Subject
606 E. Howell Street
Hamilton, NJ 08610

Comparable Sale 3
77 Atkins Avenue
Hamilton, NJ 08610
0.67 miles NE

Comparable Sale 4
57 GRAND ST
TRENTON, NJ 08611
0.96 miles SW

Comparable Sale 2
40 REED AVE
HAMILTON, NJ 08610
0.58 miles SW

## FLOORPLAN SKETCH

| | |
|---|---|
| Borrower: n/a | File No.: 606 E. Howell Street |
| Property Address: 606 E. Howell Street | Case No.: |
| City: Hamilton | State: NJ    Zip: 08610 |
| Lender: Candyce Smith-Sklar | |

Unheated 3rd floor Area

12.0'

Finished Attic

Non-Calculated Area

156 sf

12.0'

12.0'

Kitchen

First Floor
504 sf

Dining Room

Living Room

12.0'

12.0'

Bedroom

Second Floor
504 sf

Full Bath

Bedroom

12.0'

Sketch by ApexSketch

### AREA CALCULATIONS SUMMARY

| Code | Description | Factor | Net Size | Perimeter | Net Totals |
|---|---|---|---|---|---|
| GLA1 | First Floor | 1.0 | 504.0 | 108.0 | 504.0 |
| GLA2 | Second Floor | 1.0 | 504.0 | 108.0 | 504.0 |
| | Net LIVABLE | cnt | 2 | (rounded) | 1,008 |

### AREA CALCULATIONS BREAKDOWN

| Name | Base x | Height x | Width = | Area |
|---|---|---|---|---|
| First Floor | | 42.0 x | 12.0 = | 504.0 |
| Second Floor | | 42.0 x | 12.0 = | 504.0 |
| 2 total items | | | (rounded) | 1,008 |

© iLOOKABOUT (US) Inc. dba Apex Software

| Borrower: n/a | File No.: 606 E. Howell Street |
|---|---|
| Property Address: 606 E. Howell Street | Case No.: |
| City: Hamilton | State: NJ    Zip: 08610 |
| Lender: Candyce Smith-Sklar | |

| GROSS BUILDING AREA (GBA) | 1,008 |
|---|---|
| GROSS LIVING AREA (GLA) | 1,008 |

| Area(s) | Area | % of GLA | % of GBA |
|---|---|---|---|
| Living | 1,008 | | 100.00 |
| Level 1 | 504 | 50.00 | 50.00 |
| Level 2 | 504 | 50.00 | 50.00 |
| Level 3 | 0 | 0.00 | 0.00 |
| Other | 144 | 14.29 | 14.29 |

| | GBA | | |
|---|---|---|---|
| Basement | ☐ | 672 | |
| Garage | ☐ | 0 | |
| Other | ☐ | 156 | |

| Area Measurements | | | | Area Type | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Measurements | | Factor | Total | Level 1 | Level 2 | Level 3 | Other | Bsmt. | Garage |
| 42.00 x 12.00 x | 1.00 | = | 504.00 | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 42.00 x 12.00 x | 1.00 | = | 504.00 | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

DIM 10072013

**AERIAL MAP**

| | |
|---|---|
| Borrower: n/a | File No.:  606 E. Howell Street |
| Property Address: 606 E. Howell Street | Case No.: |
| City: Hamilton | State: NJ            Zip: 08610 |
| Lender: Candyce Smith-Sklar | |



**USPAP ADDENDUM**                                        File No. 606 E. Howell Street

Borrower: n/a
Property Address: 606 E. Howell Street
City: Hamilton          County: Mercer          State: NJ          Zip Code: 08610
Lender: Candyce Smith-Sklar

## Reasonable Exposure Time

My opinion of a reasonable exposure time for the subject property at the market value stated in this report is: 0-3 months

## Additional Certifications

[X] I have performed **NO** services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.

[ ] I **HAVE** performed services, as an appraiser or in another capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment. Those services are described in the comments below.

## Additional Comments

**APPRAISER:**

Signature:
Name: Michael Ehrenberg, 42 RG00018300, ASA
Date Signed: 03/23/2026
State Certification #: 42RG00018300
or State License #:
or Other (describe): _____ State #: _____
State: NJ
Expiration Date of Certification or License: 12/31/2027
Effective Date of Appraisal: March 23, 2026

**SUPERVISORY APPRAISER (only if required):**

Signature:
Name:
Date Signed:
State Certification #:
or State License #:
State:
Expiration Date of Certification or License:
Supervisory Appraiser inspection of Subject Property:
[ ] Did Not    [ ] Exterior-only from street    [ ] Interior and Exterior

**FLOOD MAP**

| Borrower: n/a | | File No.:   606 E. Howell Street |
|---|---|---|
| Property Address: 606 E. Howell Street | | Case No.: |
| City: Hamilton | State: NJ | Zip: 08610 |
| Lender: Candyce Smith-Sklar | | |



## FLOOD INFORMATION

Community: **Township of Hamilton**

Property is NOT in a FEMA Special Flood Hazard Area

Map Number: 34021C0228F

Panel: 34021C0228

Zone: X

Map Date: 07-20-2016

FIPS: 34021

Source: FEMA DFIRM

## LEGEND

= FEMA Special Flood Hazard Area – High Risk

= Moderate and Minimal Risk Areas

Road View:

= Forest

= Water

## Sky Flood™



No representations or warranties to any party concerning the content, accuracy or completeness of this flood report, including any warranty of merchantability or fitness for a particular purpose is implied or provided. Visual scaling factors differ between map layers and are separate from flood zone information at marker location. No liability is accepted to any third party for any use or misuse of this flood map or its data.

Solomon Adjustment Calculator

| Borrower: n/a | File No.: 606 E. Howell Street |
|---|---|
| Property Address: 606 E. Howell Street | Case No.: |
| City: Hamilton | State: NJ          Zip: 08610 |
| Lender: Candyce Smith-Sklar | |

## Solomon Adjustment Calculator - Report

### Criteria

| | |
|---|---|
| Zip Code | 08610 |
| Quality Level | 4 |
| Remaining Economic Life | 50 |
| Factor (see user manual) | 1.10 |

### Adjustments

| | |
|---|---|
| GLA | 94 |
| Basement Size | 21 |
| Basement Finish | 33 |
| Full Bath | 9840 |
| Half Bath | 4754 |
| Fireplace | 2854 |
| First Garage Stall | 15850 |
| Additional Garage Stall | 9906 |
| First Carport Stall | 3913 |
| Additional Carport Stall | 2609 |

The market based adjustment is calculated by dividing Remaining Economic Life by Economic Life. With an accurate value for REL, we know the 'cents on the dollar' that the market is paying for the building. This ratio is then applied to the marginal cost of GLA.

National Building Cost reports GLA costs as Average Total Cost. Solomon has calculated Marginal Cost by charting Total Cost at appropriate quantities, and applying single variable regression to solve for Marginal Cost. In the $Y = aX + B$ equation, Marginal Cost is the 'a' variable. Finally, Solomon factors in the variables that affect local building costs such as labor, material and equipment. Because REL / EL reveals the percentage of cost new that the market is paying, the result of the Solomon calculation infers how the market is reacting to changes in GLA, Basement Size, Basement Finish, Full Bath, Half Bath, Garage and Fireplace

© SolomonAppraisal.com LLC

© Cost Data - Craftsman Book

Date Report Created:   03/22/2026

| | |
|---|---|
| Borrower: n/a | File No.: 606 E. Howell Street |
| Property Address: 606 E. Howell Street | Case No.: |
| City: Hamilton | State: NJ     Zip: 08610 |
| Lender: Candyce Smith-Sklar | |



## Real Estate Appraisal
## Claims Made - Errors and Omissions
## Declarations Page

THIS IS A "CLAIMS MADE AND REPORTED" POLICY. SUBJECT TO ITS TERMS AND PROVISIONS, THIS POLICY ONLY AFFORDS COVERAGE FOR CLAIMS FIRST MADE AGAINST THE INSUREDS AND REPORTED TO THE INSURER IN WRITING DURING THE POLICY PERIOD OR DISCOVERY PERIOD, IF APPLICABLE. IN ADDITION, DEFENSE COSTS ARE INCLUDED IN AND WILL REDUCE THE LIMITS OF LIABILITY.

PLEASE READ THIS ENTIRE POLICY CAREFULLY. CONSULT YOUR BROKER OR OTHER REPRESENTATIVE IF YOU DO NOT UNDERSTAND ANY TERMS OR PROVISIONS OF THIS POLICY

**Policy Number:** MPL000505-0425

**Producer:** Amwins Insurance Brokerage, LLC
One Research Drive, Suite 310A
Westborough, MA 01581

### Insured Information:

1. **Named Insured:** MEI Appraisal Company LLC, Michael Ehrenberg

2. **Insured Mailing Address:** 16 Chicory Ln
Pennington, NJ 08534-5423

### Coverage Information:

3. **Limit of Liability:** $1,000,000 Each Claim
$1,000,000 Aggregate for all Claims

4. **Deductible:** $2,500 Each Claim

5. **Policy Period:** From: 04/25/2025   To: 04/25/2026
At 12:01 A.M. (Standard Time) at the Insured Address shown in item 2 above.

6. **Retroactive Date:** 04/15/2015

7. **Professional Services Covered:** Solely in the performance of Real Estate Appraisal services.

8. **Insurance Company:** Convex Insurance UK Limited, 52 Lime Street, London, EC3M 7AF, UK

This policy is written by a surplus lines insurer and is not subject to the filing or approval requirements of the New Jersey Department of Banking and Insurance. Such a policy may contain conditions, limitations, exclusions and different terms than a policy issued by an insurer granted a Certificate of Authority by the New Jersey Department of Banking and Insurance. The insurer has been approved by the Department as an eligible surplus lines insurer, but the policy is not covered by the New Jersey Insurance Guaranty Fund, and only a policy of medical malpractice liability insurance as defined in N.J.S.A. 17:30D-3d or a policy of property insurance covering owner-occupied dwellings of less than four dwelling units are covered by the New Jersey Surplus Lines Guaranty Fund. (N.J.A.C. 11:1-33.3 App. A).

| | |
|---|---|
| Borrower: n/a | File No.:  606 E. Howell Street |
| Property Address: 606 E. Howell Street | Case No.: |
| City: Hamilton | State: NJ     Zip: 08610 |
| Lender: Candyce Smith-Sklar | |

