Form plncf13 − ntccnfpln13v27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  25−21924−CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Kelly A. Wharton
    606 E. Howell Street
    Trenton, NJ 08610

Social Security No.:
    xxx−xx−4710

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on April 24, 2026.

Dated: April 24, 2026
JAN: rms

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                    Case No. 25-21924-CMG

Kelly A. Wharton                                                          Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Apr 24, 2026 | Form ID: plncf13 | Total Noticed: 55 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 26, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kelly A. Wharton, 606 E. Howell Street, Trenton, NJ 08610-5845 |
| cr | + | Bank of America, N.A., c/o Tromberg, Miller, Morris & Partners,, 39 Broadway, Suite 1840, New York, NY 10006-3033 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 24 2026 21:47:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 24 2026 21:47:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520882680 | | Email/Text: ebnbankruptcy@ahm.honda.com | Apr 24 2026 21:47:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 520876782 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Apr 24 2026 21:48:49 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520876784 | + | Email/Text: ebnbankruptcy@ahm.honda.com | Apr 24 2026 21:47:00 | American Honda Finance, American Honda Finance Corporation, Attn, Po Box 168128, Irving, TX 75016-8128 |
| 520876783 | + | Email/Text: ebnbankruptcy@ahm.honda.com | Apr 24 2026 21:47:00 | American Honda Finance, P.O. Box 168128, Irving, TX 75016-8128 |
| 520876786 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Apr 24 2026 21:46:00 | Bank of America, Attn: Bankruptcy, P.O.Box 15019, Wilmington, DE 19886 |
| 520876785 | + | Email/Text: BAC_Mortgage_BNC_Emails@g2risksolutions.com | Apr 24 2026 21:47:00 | Bank Of America, Attn: Bankruptcy, 100 North Tryon St, Charlotte, NC 28255-0001 |
| 520876787 | + | Email/Text: BAC_Mortgage_BNC_Emails@g2risksolutions.com | Apr 24 2026 21:47:00 | Bank of America, N.A, Attn: Bankruptcy, 100 North Tryon Street, Charlotte, NC 28255-0001 |
| 520940885 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Apr 24 2026 21:46:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 520876788 | + | Email/Text: BarclaysBankDelaware@tsico.com | Apr 24 2026 21:47:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 520876793 | | Email/Text: correspondence@credit-control.com | Apr 24 2026 21:46:00 | Central Loan Admin & R, Po Box 77404, Ewing, NJ 08628 |
| 520876789 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 24 2026 21:48:56 | Cap One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 520876790 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 24 2026 21:48:56 | Cap1/kohls Dept Store, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 520876791 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |

District/off: 0312-3                   User: admin                              Page 2 of 4

Date Rcvd: Apr 24, 2026                Form ID: plncf13                         Total Noticed: 55

| | | Apr 24 2026 21:48:45 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
|---|---|---|---|
| 520876792 | ^ MEBN | | |
| | | Apr 24 2026 21:40:00 | Cbna, Attn: Bankruptcy, one Tallman Road, Canton, NY 13617-3604 |
| 520876794 | + Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | Apr 24 2026 21:48:44 | Chase Card Services, Attn: Bankruptcy, Po Box 15299, Wilmington, DE 19850-5299 |
| 520876795 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Apr 24 2026 21:48:37 | Citi Card/Best Buy, Attn: Citicorp Cr Srvs Centralized Bankr, Po Box 790040, St Louis, MO 63179-0040 |
| 520876796 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Apr 24 2026 21:48:37 | Citibank, Attn: Bankruptcy Department, P.O.Box 790046, St. Louis, MO 63179-0046 |
| 520945439 | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Apr 24 2026 21:49:00 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520876797 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Apr 24 2026 21:48:49 | Citibank/Citibank NA, Attn: Bankruptcy, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
| 520876798 | + Email/Text: Bankruptcy.RI@Citizensbank.com | | |
| | | Apr 24 2026 21:46:00 | Citizensbk, Attn: Bankruptcy, One Citizens Dr., Providence, RI 02903-1344 |
| 520876799 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | Apr 24 2026 21:47:00 | Comenity Capital Bank/bjsclb, Comenity Capital Bank, Bankruptcy Depart, Po Box 182125, Columbus, OH 43218-2125 |
| 520876800 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | Apr 24 2026 21:47:00 | Comenity/MPRC, Attn: Bankruptcy, Po Box 182273, Columbus, OH 43218-2273 |
| 520876801 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | Apr 24 2026 21:47:00 | Comenitybank/New York, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 520876802 | Email/Text: mrdiscen@discover.com | | |
| | | Apr 24 2026 21:46:00 | Discover Financial, Attn: Bankruptcy, Po Box 30943, Salt Lake City, UT 84130 |
| 520876809 | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Apr 24 2026 21:48:49 | Macy's/ DSNB, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 520876803 | ^ MEBN | | |
| | | Apr 24 2026 21:38:57 | Exploria/summer Bay, Attn: Bankruptcy Department, 8781 Sierra College Blvd, Roseville, CA 95661-5920 |
| 520876804 | + Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | | |
| | | Apr 24 2026 21:47:00 | Gm Financial, Attn: Bankruptcy, 801 Cherry Street, Ste. 3500, Fort Worth, TX 76102-6854 |
| 520876805 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | | |
| | | Apr 24 2026 21:46:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 520916293 | Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | Apr 24 2026 21:47:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 520904689 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | | |
| | | Apr 24 2026 21:46:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520946164 | ^ MEBN | | |
| | | Apr 24 2026 21:38:02 | LAKEVIEW LOAN SERVICING LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 520946588 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Apr 24 2026 21:48:36 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520876806 | + Email/Text: camanagement@mtb.com | | |
| | | Apr 24 2026 21:47:00 | Lakeview, c/o M & T Bank, P.O. Box 62182, Baltimore, MD 21264-2182 |
| 520876807 | + Email/Text: Documentfiling@lciinc.com | | |
| | | Apr 24 2026 21:46:00 | Lending Club, Attn: Bankruptcy, 595 Market Street, Suite 200, San Francisco, CA 94105-5839 |
| 520876808 | Email/Text: camanagement@mtb.com | | |
| | | Apr 24 2026 21:47:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 520876810 | Email/Text: EBN@Mohela.com | | |
| | | Apr 24 2026 21:46:00 | Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005 |

District/off: 0312-3      User: admin      Page 3 of 4

Date Rcvd: Apr 24, 2026      Form ID: plncf13      Total Noticed: 55

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 520876811 | | Email/Text: EBN@Mohela.com | Apr 24 2026 21:46:00 | Mohela/dofed, 633 Spirit Drive, Chesterfield, MO 63005 |
| 520928283 | | Email/Text: EBN@Mohela.com | Apr 24 2026 21:46:00 | US Department of Education/MOHELA, 633 Spirit Dr., Chesterfield, MO 63005 |
| 520948566 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 24 2026 21:48:47 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520969652 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 24 2026 21:48:47 | Portfolio Recovery Associates, LLC, c/o Jet Blue, POB 41067, Norfolk VA 23541 |
| 520876812 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 24 2026 21:48:43 | Syncb/Old Navy, Attn: Bankruptcy, Po Box 96506, Orlando, FL 32896-0001 |
| 520876813 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 24 2026 21:48:55 | Syncb/Venmo, Attn: Bankruptcy, P.O. Box 965065, Orlando, FL 32896-5065 |
| 520876814 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 24 2026 21:48:56 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520876815 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 24 2026 21:48:55 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520876816 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 24 2026 21:48:31 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520876817 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 24 2026 21:48:32 | Synchrony/American Eagle, Sttn: Bankruptcy, Po Box 965065, Orlando, FL 32896-5065 |
| 520876818 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 24 2026 21:48:32 | Synchrony/Ashley Furniture Homestore, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520943020 | | Email/Text: bncmail@w-legal.com | Apr 24 2026 21:47:00 | TD Bank USA, N.A., C/O Weinstein & Riley, PS, 749 GATEWAY, SUITE G-601, ABILENE, TX 79602 |
| 520876819 | + | Email/Text: bncmail@w-legal.com | Apr 24 2026 21:47:00 | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 520876820 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Apr 24 2026 21:47:00 | Toyota Financial Services, Attn: Bankruptcy, Po Box 22171, Tempe, AZ 85285-2171 |
| 520876821 | + | Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | Apr 24 2026 21:48:57 | Wells Fargo Bank NA, Attn: Bankruptcy, P.O.Box 393, Minneapolis, MN 55480-0393 |

TOTAL: 53

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520904690 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520905593 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

District/off: 0312-3                              User: admin                                    Page 4 of 4
Date Rcvd: Apr 24, 2026                          Form ID: plncf13                               Total Noticed: 55

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2026                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 24, 2026 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| Albert Russo | docs@russotrustee.com |
| Candyce Ilene Smith-Sklar | on behalf of Debtor Kelly A. Wharton njpalaw@gmail.com  r56958@notify.bestcase.com |
| Matthew K. Fissel | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| Ted Eric May | on behalf of Creditor Bank of America  N.A. ted.may@maylawfirm.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5