| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Dana Marks, Esq.<br>Attorney for Movant, Bank of America N.A.<br>39 Broadway Suite 1840<br>New York, NY 10006<br>Telephone #: 561-338-4101<br>dmarks@tmppllc.com | Case No.: 25-21924-CMG<br><br>Chapter: 13 |
| In Re:<br><br>Kelly A. Wharton | Adv. No.: ____________<br><br>Hearing Date: September 16, 2026<br><br>Judge: Christine M. Gravelle |

## CERTIFICATION OF SERVICE

1. I, Dana Marks, Esq. :

☒ represent Bank of America N.A in this matter.

☐ am the secretary/paralegal for ____________________________, who represents ________________________________ in this matter.

☐ am the ______________________ in this case and am representing myself.

2. On August 25, 2026, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 8/25/2026

/s/Dana Marks
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Kelly A. Wharton 606<br>E. Howell Street<br>Trenton, NJ 08610 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | US Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Candyce Ilene Smith-Sklar<br>Law Office of Sklar Smith-Sklar, LLC<br>1901 N. Olden Avenue<br>Suite 22<br>Ewing, NJ 08618 | Attorney for Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*