UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Dana Marks, Esq.
Attorney for Movant,
Bank of America N.A.
39 Broadway Suite 1840
New York, NY 10006
Telephone #: 561-338-4101
dmarks@tmppllc.com

In Re:
Kelly A. Wharton

Case No.: 25-21924-CMG
Chapter: 13

**Notice of Withdrawal**

**PLEASE TAKE NOTICE**, that the Secured Creditor, Bank of America, N.A., requests that its Motion for Relief from Stay filed at Docket Number 31 and pending before the court be withdrawn, without prejudice, and the matter removed from the Court's calendar as the Debtor has cured the post-petition default.

Dated: September 21, 2026

**Tromberg, Miller, Morris & Partners, PLLC**

**BY:** /s/ *Dana Marks*
Attorney for Movant, Bank of America N.A.
39 Broadway Suite 1840
New York, NY 10006
Telephone #: 561-338-4101
Fax #: 561-338-4077
026272005
ecf@tmppllc.com
dmarks@tmppllc.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Dana Marks, Esq.
Attorney for Movant, Bank of America N.A.
39 Broadway Suite 1840
New York, NY 10006
Telephone #: 561-338-4101
dmarks@tmppllc.com

In Re:

Kelly A. Wharton

Case No.: 25-21924-CMG

Chapter: 13

Adv. No.: ____________________

Hearing Date: September 16, 2026

Judge: Christine M. Gravelle O

## CERTIFICATION OF SERVICE

1. I, Dana Marks, Esq. :

☒ represent Bank of America N.A in this matter.

☐ am the secretary/paralegal for ____________________________, who represents ________________________________ in this matter.

☐ am the ______________________ in this case and am representing myself.

2. On September 21, 2026 I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

Notice of Withdrawal

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 09/21/2026

/s/Dana Marks
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Kelly A. Wharton 606<br>E. Howell Street<br>Trenton, NJ 08610 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | US Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Candyce Ilene Smith-Sklar<br>Law Office of Sklar Smith-Sklar, LLC<br>1901 N. Olden Avenue<br>Suite 22<br>Ewing, NJ 08618 | Attorney for Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |